PROVIDED TO MARION C.I. ON

2/17/26 _____ FOR MAILING.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## ~~TALLAHASEE~~ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

KIRKLAND, TIVARUS,

Inmate # 959476

(Enter full name of Plaintiff)

vs.

CASE NO: 4:26-CV-93 TKW/MAF
(To be assigned by Clerk)

FLORIDA Department of Correction,
CENTURION MEDICAL,
Michelle Hays. ARPN,

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

FILED USDC FLND TL
FEB 23 '26 PM 3:31

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Twarris R. Kirkland
Inmate Number: 959476
Prison or Jail: Marion Work Camp
Mailing address: P.O. Box 158
Lowell, Fla.
32663-0158

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Machelle Hays
    Official position: ARPN
    Employed at: CFRC
    Mailing address: 7001 HC Kelly Rd Orlando Fl. 32831-2518

(2) Defendant's name: Centurion
    Official position: Provider
    Employed at: 7001 HC Kelly Rd
    Mailing address: Orlando Fla. 32831-2518

(3) Defendant's name: Central Florida Reception Cent
    Official position: facility
    Employed at: Department of Correction
    Mailing address: 7001 HC. Kelly Rd. Orlando Fla. 32831.2518

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )       No(✓)

1. Parties to previous action:
    (a) Plaintiff(s): _____
    (b) Defendant(s): _____
2. Name of judge: _____ Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____
_____

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )       No(✓)

1. Parties to previous action:
    a. Plaintiff(s): _____
    b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

3

7.  Facts and claims of case: _Doctor MalPractic /_
_Doc. Negligent_

**(Attach additional pages as necessary to list other federal court cases.)**

C.  Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )    No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.  Parties to previous action:
    a.  Plaintiff(s): _____
    b.  Defendant(s): _____
2.  District and judicial division: _____
3.  Name of judge: _____  Case #: _____
4.  Approximate filing date: _____
5.  If not still pending, date of dismissal: _____
6.  Reason for dismissal: _____
7.  Facts and claims of case: _____
_____

**(Attach additional pages as necessary to list cases.)**

D.  Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )    No(✓)

1.  Parties to previous action:
    a.  Plaintiff(s): _____
    b.  Defendant(s): _____
2.  District and judicial division: _____
3.  Name of judge: _____  Case Docket # _____
4.  Approximate filing date: _____  Dismissal date: _____
5.  Reason for dismissal: _____

4

6.    Facts and claims of case: _____

_____

(Attach additional pages as necessary to list cases.)

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On -01-14-26 Michell Hays. ARPN. Took my out side medical braces, Back, Knee, an walking can. Told me it would be put in my property. Then never recived nor was braces or can sent home. on the around the 01-26-26 we were walking from the chow hall around 7:55 pm on the side of a Dorm an my left feet foot cought in the broken concert were I twisted my knee. I have a lump in the back of my back knee and its swollen, an I hear squinky sounds from my lef knee, and a sharp sticken pean in the bottom of my left foot till this day I havent been seen by a doctor or medical, but have been put to work, w/o any brace for both knees Dispite the sick calls an medical Restraint by out side doctor its cause the right knee to swell as well cause trying to keep more of weight on the knee now its swollen and hurtting as well I ask michelle Hays ARPN. If she wonted my provide number and address. She said no tha have nothing to due with Doc.

5

AN STATED That THERES Nothing Wrong With Me, But I Have Arthoritis. When M.R.I. and other Test Shows otherwise, There was nothing wrong with my Back Right Knee until She Took my Brace, Knee, Can feel in The Broken side walk on The side of A Dorm A CFRC. That is Still Probly cracked at This Time. AN I Refrain From Any Action or Harm To Be Done To Kirkland During The Removeal or On Going of Said Complants By Staff of Department of Correction. Now I'm Being Denied Medical Attion At Marion CI / Work Camp All Though I Have To work or get Sent To confinment For Not Following The Work Camp Rules Even Though I'M Injureied, Without My Knee Braces, cause Tha Say I'm not hurt but Have Arthoritis And That Not The Case!!

## VI.  STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1. 28 U.S.C § 1332(c)(1)

2. CO 750, F.3d 1295, 1300 (11Th Cir 2014)

3. Volated my 4 amendment

## VII.  RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Request for all medical issued Back Brace, Knee Brace Cane, Be Returned or Compensated for The lost, Be responsible for The surgary an other medical Bill Due To This Insedent and Compasition for Any and all That is due To Inmate for pain an suffering

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

02/13/26
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 02 day of FEBURARY, 2026.

(Signature of Plaintiff)

Revised 03/07

7

TAVARRIS KIRKLAND 959476
N1-112-L
P.O. BOX 158
LOWELL Fla. 32663-0158



FEB 23 2026

CLERK OF U.S DISTRICT COURT
111 N. ADAMS STREET
TALLAHASSEE FLoRIDA 32301-7230

MAIL ORIGINATED AT A STATE FACILITY